PER CURIAM.
Affirmed. See Floyd v. State, 90 So.2d 105 (Fla.1956); Pearson v. State, 213 So.2d 616 (Fla.3d DCA 1968); Williams v. State, 280 So.2d 516 (Fla.3d DCA 1973); Wallace v. State, 319 So.2d 117 (Fla.3d DCA 1975) and Cappetta v. Wainwright, 203 So.2d 609 (Fla.1967); State v. Barber, 301 So.2d 7 (Fla.1974); Crespo v. State, 339 So.2d 697 (Fla.3d DCA 1976) and Sowell v. State, 342 So.2d 969 (Fla.1977).